UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES DEPARTMENT OF JUSTICE HOSTAGE RESCUE TEAM, et al., | Case No. 2:22-cv-03134-JVS-JC |
|---|---|
| Plaintiffs, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING PLAINTIFFS' MOTIONS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendations of the Magistrate Judge reflected in the August 10, 2022 Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion for Leave to Amend Complaint (Docket No. 11) is denied; (2) the Complaint is dismissed without leave to amend and this action is dismissed without prejudice; (3) the Motion to Admit New Evidence, Motion for Leave to Admit New Evidence, and Motion for Request to File This Complaint as a Joinder (Docket Nos. 6, 9, & 10) are denied; and (4) Judgment shall be entered accordingly.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiffs and any counsel for Defendant.

     IT IS SO ORDERED.

DATED: September 23, 2022

                                        HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE