JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE HOSTAGE RESCUE TEAM, et al., | Case No. 2:22-cv-03134-JVS-JC |
| Plaintiffs, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the Complaint without leave to amend and dismissing this action without prejudice.

IT IS SO ADJUDGED.

DATED: September 23, 2022

*/s/ James V. Selna/*

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE